## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 10, 2015

Mr. Andy L. Allman
Law Offices
103 Bluegrass Commons Boulevard
Hendersonville, TN 37075

Mr. Waverly D. Crenshaw Jr.
Waller, Lansden, Dortch & Davis
511 Union Street
Suite 2700
Nashville, TN 37219

Mr. Jonathan Ryan Shank
Law Offices
111 Huntington Avenue
Boston, MA 02199

Re: Case No. 15-5114, *Paul Hughey v. CVS Caremark Corporation*
Originating Case No. : 3:13-cv-01016

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Cheryl Borkowski
Case Manager
Direct Dial No. 513-564-7035

cc:  Mr. Keith Throckmorton

Enclosure

Case No. 15-5114

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

PAUL HUGHEY

    Plaintiff - Appellant

v.

CVS CAREMARK CORPORATION

    Defendant - Appellee

Upon consideration of the appellant's motion to reinstate the case,

And it appearing that the default which led to dismissal of the appeal has been cured,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                                            **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
                                            Deborah S. Hunt, Clerk

Issued: March 10, 2015