**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 10, 2015

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 15-5114, *Paul Hughey v. CVS Caremark Corporation*
Originating Case No. : 3:13-cv-01016

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Cheryl Borkowski
Case Manager
Direct Dial No. 513-564-7035

cc: Mr. Andy L. Allman
 Mr. Robert E. Boston
 Mr. Todd M. Reed

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 15-5114
_____

Filed: November 10, 2015

PAUL HUGHEY

    Plaintiff - Appellant

v.

CVS CAREMARK CORPORATION

    Defendant - Appellee

# MANDATE

Pursuant to the court's disposition that was filed 10/16/2015 the mandate for this case hereby issues today.

COSTS:  None